1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
7  Attorneys for Plaintiff DIRECTV, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION    *E-FILED - 8/24/05*
11

12 | DIRECTV, INC., a California corporation, | Case No.: CV-04-5011 RMW |
   |                                          |                          |
13 |                Plaintiff,                | Hon. Ronald M. Whyte     |
   |                                          |                          |
14 |       vs.                                | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BEIDLER NGUYEN; [PROPOSED] ORDER THEREON** |
15 | BEIDLER NGUYEN,                          |                          |
   |                Defendant.                |                          |
16

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

BNFY 633590v1                    -1-                    (CV-04-5011 RMW)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BEIDLER NGUYEN; [PROPOSED] ORDER THEREON**

1  IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.
2  ("DIRECTV") through its counsel of record and Defendant BEIDLER NGUYEN ("Defendant"),
3  that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Fed. R.
4  Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorneys'
5  fees.

6  DATED: August 8, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Keli N. Osaki
Attorneys for Plaintiff DIRECTV, Inc.

12  DATED: August 5, 2005

By: _____
Beidler Nguyen
Defendant *Pro Se*

BNFY 633590v1                                -2-                          (CV-04-5011 RMW)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BEIDLER NGUYEN;
[PROPOSED] ORDER THEREON**

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant BEIDLER NGUYEN ("Defendant"), and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant is hereby dismissed from this action with prejudice; and

(2) Each of said parties to bear its/his own costs and attorneys' fees.

Dated: 8/24/05

_____
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California

[APPROVED — Judge Ronald M. Whyte]